UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                                              CASE NO. 14-51199-LO-13

TYRONE ALEXANDER

_____

## **VOLUNTARY MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come the Debtor, TYRONE ALEXANDER, who respectfully move for the following:

1.

The Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on September 26, 2014, under Case Number 14-51199.

2.

The Debtor now desire that his Chapter 13 Bankruptcy filed on September 26, 2014, be dismissed in accordance with 11 U.S.C. Section 1307(b).

Wherefore, the Debtor pray that his Chapter 13 Bankruptcy Petition filed on September 26, 2014, under Case Number 14-51199, be dismissed in accordance with 11 U.S.C. Section 1307(b).

Respectfully submitted this 10th day of October, 2014.

                                       **/S/ DONALD R. FUSELIER**
                                       Donald R. Fuselier #01371
                                       Attorney for Debtor
                                       P. O. Box 12994
                                       New Iberia, LA 70562-2994
                                       (337) 367-0771

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Voluntary Motion to Dismiss has this day been mailed to:

| | |
|---|---|
| Keith A. Rodriguez | Tyrone Alexander |
| P. O. Box 3445 | 1224 Zin Zin Road |
| Lafayette, LA 70502-3445 | Breaux Bridge, LA 70517 |

by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed this 10th day of October, 2014.

                                        **/S/ DONALD R. FUSELIER**
                                        DONALD R. FUSELIER