**SO ORDERED.**

**SIGNED March 20, 2015.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:

TYRONE ALEXANDER                                CASE NO. 14-51199

　　Debtor                                     CHAPTER 13

----------------------------------------------------------------
                       ORDER REOPENING CASE
----------------------------------------------------------------

　　On March 16, 2015, the Debtor filed a Motion to Reopen Chapter 13 Case to file an amended Schedule B. The court set the Motion for hearing as part of the court's regular procedures. Upon further review of the Motion, however, the court finds that no hearing on the matter is necessary as Debtor is only attempting to file an amended schedule. Accordingly,

　　**IT IS ORDERED THAT** the Order Setting Hearing is **VACATED**; and

　　**IT IS FURTHER ORDERED THAT** the Debtor's Motion to Reopen Chapter 13 Case is **GRANTED**.

                               ###